UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Case No.
   Amended

**TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS**

Debtor

**Notice to Debtor**

The trustee in this bankruptcy case, _____,
has filed this objection to your claimed exemptions.

Your exemptions may be disallowed. You should read these papers carefully and discuss
them with your attorney if you have one.

If you do not want the court to disallow your exemptions, then, within 14 days from the
service date below, you or your attorney must do one of the following:

1. Obtain a written withdrawal of the objection by the trustee. To obtain a withdrawal, you
   may need to provide the trustee with any documentation supporting your exemption
   that was not included when you filed your exemption with the court. You should send
   this documentation to the trustee at the service address listed at the bottom of the
   objection. The written withdrawal of the objection must be filed with the court within 14
   days of the service date below.

2. Prepare a written response to the objection, explaining your position, and file both the
   written response and a certificate showing a copy of the response has been served
   on the trustee at the service address listed at the bottom of the objection with the clerk
   at 1050 SW 6th Ave #700, Portland, OR 97204 or 405 E 8th Ave #2600, Eugene, OR
   97401.  If you mail your response to the court for filing, you must mail it early enough
   so that the court will receive it within 14 days of the service date below.

If you or your attorney do not take one of these steps within 14 days of the service date
below, the court may decide that you do not oppose the objection to your claim and
disallow your exemption without further notice or a hearing.

**Objection to Exemption**

1. The undersigned trustee objects to the debtor's claim of exemption in Schedule C
   (ECF No.      ) in the following property under the provisions of 11 U.S.C. § 522(*l*)
   and Federal Rule of Bankruptcy Procedure (FRBP) 4003:

**752 (12/1/2023)**          Page 1 of 3

2.   The trustee objects to the above exemption for the following reasons [*check all applicable reasons*]:

   Amount of claimed exemption exceeds available exemption.

   Exemption does not apply to the asset.

   (In a joint case) The debtor claiming the exemption does not have an interest in the asset.

   Claimed exemptions include both federal and state exemptions.

   Other:

3.   The undersigned moves that the exemption be [*check applicable boxes*]:

   Disallowed in full.

   Allowed in the amount of $_____.

   Other:

**752 (12/1/2023)**                     Page 2 of 3

Date:_____     Signature:_____

Name: _____

Service Address: _____

_____

Phone #: _____

Email Address: _____

**Certificate of Service**

I certify that on _____ (service date) this objection was delivered or mailed pursuant to FRBP 4003(b)(2) to the debtor and debtor's attorney and to any person filing the list of exempt property and that person's attorney. The names, addresses, and methods used for service are as follows [*attach additional page if necessary*]:

_____     _____
Printed Name                                                        Signature

**752 (12/1/2023)**                        Page 3 of 3